# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Randy L. Schollaert, | : | Bankruptcy No. 13-24909-GLT |
| | Ronda L. Schollaert, | : | |
| | | : | |
| | Debtors. | : | Chapter 13 |
| | | : | |
| | _____ | : | Document No. |
| | Randy L. Schollaert | : | |
| | | : | Related to Document No. |
| | Movant, | : | |
| | | : | |
| | v. | : | |
| | | : | |
| | **Alion Science & Technology**, | : | |
| | | : | |
| | Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Meghan Hodge, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on July 15, 2016, via first class mail postage prepaid:

**Alion Science & Technology**
**Attn: Payroll Department**
**1789 South Braddock Avenue**
**Pittsburgh, PA 15218**

Executed on:  July 15, 2016

s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor(s)

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor(s)

125 Warrendale- Bayne Road, Suite 200, Warrendale, PA 15090
Address of Chapter 13 Trustee or Attorney for Debtor(s)

(724) 799-8404     Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor(s)