FILED
2016 JUL 15 A 10:39
CLERK
U.S. BANKRUPTCY
COURT - PGH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 13-24909-GLT |
| Randy L. Schollaert ) | |
| Ronda L. Schollaert ) | |
| Debtor ) | Chapter 13 |
| ) | Document No. _____ |
| ) | Related to Doc. No. 161 &166 |

## CONSENT ORDER MODIFYING JUNE 1, 2016 ORDER

AND NOW, this __15th Day of July_____, 2016 upon consent of the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated June 1, 2016 it is

ORDERED that the June 1, 2016 Order of Court Confirming Plan as Modified and Setting Deadlines for Certain Actions is amended to provide in Part "1.A" that for the remainder of the Plan term, the periodic Plan payment is amended to be $1644.00 as of June, 2016.

The June 1, 2016 order otherwise remains in full force and effect.

BY THE COURT:

_____
Gregory L. Taddonio    drb
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Jana S. Pail
Jana S. Pail PA I.D. #88910
Attorney for the Trustee
Suite 3250 – U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ Brian Thompson
Brian Thompson –PA I.D. #
Attorney for the debtors
125 Warrendale-Bayne Road
Suite 200
Warrendale PA 15086
724-799-8404
Bthompson@thompsonattorney.com

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                                  Case No. 13-24909-GLT
Randy L. Schollaert                                                     Chapter 13
Ronda L. Schollaert
         Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0315-2          User: amaz                  Page 1 of 2                  Date Rcvd: Jul 15, 2016
                              Form ID: pdf900             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2016.
db/jdb         +Randy L. Schollaert,    Ronda L. Schollaert,    1490 Route 481,    Charleroi, PA 15022-3412
aty            +Joshua I. Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13768422      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:   Americredit Financial Services, Inc.,    PO Box 183853,
                 Arlington TX 76096)
13773355       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13754364       +Americredit,   PO Box 181145,    Arlington, TX 76096-1145
13779983       +Donegal Insurance Group,    1195 River Road,    PO Box 302,    Marietta, PA 17547-0302,
                 Attn: Tamara Richardson
13789757       +ECMC,   PO BOX 16408,    St. Paul, MN 55116-0408
13754365       +Education Credit Management,    1 Imation Place,    Saint Paul, MN 55128-3422
13754366       +First National Collection Bureau, Inc.,    PO Box 51660,    Sparks, NV 89435-1660
13754367       +First Premiere Bank,    601 S Minnesota Avenue,    Sioux Falls, SD 57104-4824
13754368       +GM Financial,   PO Box 183834,    Arlington, TX 76096-3834
13852055       +M&T BANK,   c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13806557       +Madonna Catholic Regional School,    731 Chess Street,    Monogahela, PA 15063-2761
13754372       +National Credit Adjusters,    PO Box 3023,    327 W 4th St.,    Hutchinson, KS 67501-4842
13754374       +PNC Bank National Association,    1600 Market Street,    Philadelphia, PA 19103-7240
13779985       +Point Park College,    201 Wood Street,    Pittsburgh, PA 15222-1984
13754375       +Quck Recovery, Inc.,    P.O. Box 7003,    Americus, GA 31709-7003
13754376        RJM Acquisitions LLC,    PO Box 18006,    Hauppauge, NY 11788
13754377       +Strategic Recovery Group,    7668 Warren PKWY,    Suite 325,    Frisco, TX 75034-4161
13779984       +University of Pittsburgh,    127 Thackeray Hall,    Pittsburgh, PA 15213-2519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13760091        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 16 2016 00:47:05
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK   73124-8848
13761462       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 16 2016 00:48:10      Asset Acceptance LLC,
                 Po Box 2036,    Warren MI 48090-2036
13823955       +E-mail/Text: bnc@atlasacq.com Jul 16 2016 00:47:34      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
13782947       +E-mail/Text: bncmail@w-legal.com Jul 16 2016 00:48:23      CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13764597        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 16 2016 00:48:31      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-
13779982       +E-mail/Text: gamillerlaw@msn.com Jul 16 2016 00:47:50      Jeff and Sheila Harosky,
                 c/o George A. Miller, Esquire,    1030 Fifth Avenue,    Suite 102,    Pittsburgh, PA 15219-6219
13754369        E-mail/Text: camanagement@mtb.com Jul 16 2016 00:47:45      M&T Bank,    PO Box 62085,
                 Baltimore, MD 21264
13754370       +E-mail/Text: camanagement@mtb.com Jul 16 2016 00:47:45      M&T Mortgage,    PO Box 900,
                 Millsboro, DE 19966-0900
13754371       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 16 2016 00:48:12      Midland Funding,
                 8875 Aero Dr. Ste. 200,    San Diego, CA 92123-2255
13765793        E-mail/Text: ebn@vativrecovery.com Jul 16 2016 00:47:44      Palisades Collection, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Collection, LLC,
                 PO Box 40728,    Houston, TX 77240-0728
13764537        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 16 2016 00:48:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.   17128-0946
13840574       +E-mail/Text: csidl@sbcglobal.net Jul 16 2016 00:48:37      Premier Bankcard/Charter,
                 PO Box 2208,    Vacaville, CA 95696-8208
13754378      ++E-mail/Text: bankruptcy@risecredit.com Jul 16 2016 00:48:39      Think Cash,
                 4150 International Plaza,    Suite 400,    Fort Worth, TX 76109-4819
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
cr*            +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
13764598*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court:   Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
```

```
District/off: 0315-2           User: amaz                Page 2 of 2              Date Rcvd: Jul 15, 2016
                               Form ID: pdf900           Total Noticed: 34

13754373      ##+Pinnacle Financial Group,    7825 Washington Ave. S.,    Ste. 310,    Minneapolis, MN 55439-2424
                                                                                         TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M&T BANK agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian C. Thompson    on behalf of Plaintiff Ronda L. Schollaert bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;nfulk@thompsonatt
               orney.com;mhodge@thom
              Brian C. Thompson    on behalf of Debtor Randy L. Schollaert bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;nfulk@thompsonatt
               orney.com;mhodge@thom
              Brian C. Thompson    on behalf of Plaintiff Randy L. Schollaert bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;nfulk@thompsonatt
               orney.com;mhodge@thom
              Brian C. Thompson    on behalf of Joint Debtor Ronda L. Schollaert bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;nfulk@thompsonatt
               orney.com;mhodge@thom
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8