# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Randy L. Schollaert, | ) | Bankruptcy No. 13-24909-GLT |
| Ronda L. Schollaert, | ) | |
| | ) | |
| Debtor. | ) | Chapter 13 |
| M&T Bank, | ) | |
| | ) | |
| Movant, | ) | Document No. |
| v. | ) | |
| | ) | Related to Document Nos. |
| Randy L. Schollaert, | ) | |
| Ronda L. Schollaert, | ) | |
| | ) | |
| Respondents. | ) | |

## DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Order of Court entered on January 12, 2017, after reasonable investigation and upon review of the proposed Chapter 13 Plan, and the recomputed plan, it appears to Debtors that the existing payment is sufficient to fund the plan even with the proposed payment changes for February 1, 2016.

The new post-petition monthly payment payable to Movant is $796.45, effective February 1, 2017 per the notice dated January 11, 2017.  Debtors' Chapter 13 Plan provides for monthly Plan payments sufficient for the payment change.

Respectfully submitted,

Date:  February 6, 2017

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Pa. I.D. #91197
Thompson Law Group, P.C.
125 Warrendale-Bayne Rd., Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com