## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Randy L. Schollaert, | ) | Bankruptcy No. 13-24909-GLT |
| Ronda L. Schollaert, | ) | |
| | ) | |
| Debtor. | ) | Chapter 13 |
| M&T Bank, | ) | |
| | ) | |
| Movant, | ) | Document No. |
| v. | ) | |
| | ) | Related to Document Nos. |
| Randy L. Schollaert, | ) | |
| Ronda L. Schollaert, | ) | |
| | ) | |
| Respondents. | ) | |

### CERTIFICATE OF SERVICE

I, Meghan Hodge, Paralegal, certify under penalty of perjury that I served the Declaration of Sufficient Plan Funding on the following parties at the addresses listed below on February 6, 2017, via electronic mail and/or  first class mail postage prepaid:

Ronda J. Winnecour                     Office of U.S. Trustee
Suite 3250 U.S. Steel Tower  600       Liberty Center
Grant Street                           1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15219                   Pittsburgh, PA 15222

Joshua I. Goldman, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106


Date:  February 6, 2017                /s/Meghan Hodge
                                       Meghan Hodge, Paralegal
                                       Thompson Law Group, P.C.
                                       125 Warrendale-Bayne Rd., Suite 200
                                       Warrendale, PA 15086
                                       (724) 799-8404 Telephone
                                       (724) 799-8409 Facsimile
                                       mhodge@thompsonattorney.com