## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 13-24909-GLT |
| | ) | |
| Randy L. Schollaert, | ) | Chapter 13 |
| Ronda L. Schollaert, | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing Date and Time:** |
| | ) | **March 22, 2017 at 10:00 a.m.** |
| vs. | ) | |
| | ) | |
| | ) | |
| No Respondent. | ) | |

### SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.

To All Creditors and Parties in Interest:

1. Applicant represents Randy L. Schollaert and Ronda L. Schollaert.

2. This is a second interim application for the period October 16, 2013 through February 24, 2017.

3. Previous retainer paid to Applicant: $1,000.00.

4. Previous interim compensation allowed to Applicant: $3,500.00

5. Applicant requests additional:
   Compensation of $9,440.00
   Reimbursement of Expenses of $469.34

6. A hearing on the Application will be held in Courtroom A, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219 before Judge Gregory L. Taddonio, on March 22, 2017 at 10:00 a.m.

7. Any written objections must be filed with the court and served on Applicant on or before March 13, 2017, seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: February 24, 2017    s/Brian C. Thompson
                            Brian C. Thompson, Esquire
                            PA ID No. 91197
                            THOMPSON LAW GROUP, P.C.
                            125 Warrendale-Bayne Road, Suite 200
                            Warrendale, PA 15086
                            (724) 799-8404
                            bthompson@thompsonattorney.com