# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 13-24909-GLT |
| | ) | |
| Randy L. Schollaert, | ) | Chapter 13 |
| Ronda L. Schollaert, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing Date and Time:** |
| | ) | **March 22, 2017 at 10:00 a.m.** |
| vs. | ) | |
| | ) | |
| | ) | |
| No Respondent. | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on February 24, 2017 at Document No. 176 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order scheduling Hearing, Responses to Objections were to be filed and served no later than March 13, 2017.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 176 be entered by the Court.

Date: <u>March 14, 2017</u>

s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Rd., Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com