IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/15/17 10:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In Re: | Bankruptcy No. 13-24909-GLT |
| Randy L. Schollaert, | Chapter 13 |
| Ronda L. Schollaert, | |
| Debtors. | |
| Thompson Law Group, P.C., | Related to Document No. 176 |
| Applicant, | **Hearing Date and Time:** |
| | **March 22, 2017 at 10:00 a.m.** |
| vs. | |
| No Respondent. | |

## ORDER OF COURT

AND NOW, the **APPLICATION OF THOMPSON LAW GROUP, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTORS** is approved for the total amount of **$14,409.34** for services rendered on behalf of the Debtors for the period between October 16, 2013 through February 24, 2017, which represents $13,940.00 in attorney fees and $469.34 in costs.

Prepared by: _Brian C. Thompson, Esq.

**DEFAULT ENTRY**

Dated: March 15, 2017

Gregory J. Taddonio    drb
United States Bankruptcy Judge

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

The Clerk shall record the total award of compensation in the amount of $14,409.34 which includes $13,940.00 in fees and $469.34 in costs.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Randy L. Schollaert  
Ronda L. Schollaert  
    Debtors

Case No. 13-24909-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz     Page 1 of 1     Date Rcvd: Mar 15, 2017  
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2017.  
db/jdb      +Randy L. Schollaert,  Ronda L. Schollaert,  1490 Route 481,  Charleroi, PA 15022-3412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2017 at the address(es) listed below:

     Andrew F Gornall   on behalf of Creditor   M&T BANK agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
     Brian C. Thompson   on behalf of Plaintiff Randy L. Schollaert bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonattorney.com  
     Brian C. Thompson   on behalf of Joint Debtor Ronda L. Schollaert bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonattorney.com  
     Brian C. Thompson   on behalf of Plaintiff Ronda L. Schollaert bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonattorney.com  
     Brian C. Thompson   on behalf of Debtor Randy L. Schollaert bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonattorney.com  
     James Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com  
     Joshua I. Goldman   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com  
     Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
     Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
     S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

     TOTAL: 10