**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/11/2018

IN RE:

RANDY L. SCHOLLAERT
RONDA L. SCHOLLAERT
1490 ROUTE 481
CHARLEROI, PA 15022
XXX-XX-2198          Debtor(s)

XXX-XX-0625

Case No.13-24909 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/11/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br><br>ARLINGTON, TX  76096 | Trustee Claim Number:1    INT %:  5.00%<br>Court Claim Number:9<br><br>CLAIM:  2,333.00<br>COMMENT:  $/PL-OE@5%MDF/PL*W/26 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  4531 |
| **M & T MORTGAGE CORP*/M&T BANK**<br>ATTN: PAYMENT PROCESSING DEPT<br>POB 1288*<br><br>BUFFALO, NY  14240-1288 | Trustee Claim Number:2    INT %:  0.00%<br>Court Claim Number:18<br><br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DK4PMT*LMP TERM/OE | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  2024 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA  17128 | Trustee Claim Number:3    INT %:  3.00%<br>Court Claim Number:5-2<br><br>CLAIM:  486.91<br>COMMENT:  $CL-PL@0%*AMD*DKT | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  2198 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA  17128 | Trustee Claim Number:4    INT %:  0.00%<br>Court Claim Number:5-2<br><br>CLAIM:  581.18<br>COMMENT:  $CL-PL*AMD | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  2198 |
| **ASSET ACCEPTANCE LLC ASSIGNEE PROVIDIA**<br>PO BOX 2036<br><br>WARREN, MI  48090 | Trustee Claim Number:5    INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  11,541.90<br>COMMENT:  DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4745 |
| **ASSET ACCEPTANCE LLC ASSIGNEE WFNNB**<br>PO BOX 2036<br><br>WARREN, MI  48090 | Trustee Claim Number:6    INT %:  0.00%<br>Court Claim Number:3<br><br>CLAIM:  1,159.35<br>COMMENT:  DISPUTED/SCH*METROSTYLE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3663 |
| **ASSET ACCEPTANCE LLC - ASSIGNEE**<br>PO BOX 2036<br><br>WARREN, MI  48090 | Trustee Claim Number:7    INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  1,025.48<br>COMMENT:  DISPUTED/SCH*H-HOLD BANK DRCT MRKTNG | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2849 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br><br>ST PAUL, MN  55116-0478 | Trustee Claim Number:8    INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  8,235.66<br>COMMENT:  8663851/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2198 |
| **FIRST COMMONWEALTH BANK***<br>POB 400*<br><br>INDIANA, PA  15701 | Trustee Claim Number:9    INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  96450 |
| **FIRST NATIONAL COLLECTION**<br>610 WALTHAM WAY<br><br>SPARKS, NV  89434 | Trustee Claim Number:10    INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5179970000180339 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PREMIER BANKCARD/CHARTER**<br>C/O CSI<br>POB 2208<br>VACAVILLE, CA 95696 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 384.79<br>COMMENT: 517760744942/SCH*LATE*INSUFF DOC | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 938R |
| **PREMIER BANKCARD/CHARTER**<br>C/O CSI<br>POB 2208<br>VACAVILLE, CA 95696 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 405.87<br>COMMENT: 486955705305/SCH*LATE | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 592R |
| **FIRST PREMIER BANK**<br>POB 5114<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 517800770660 |
| **MADONNA CATHOLIC SCHOOL**<br>731 CHESS ST<br>MONONGAHELA, PA 15063 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 4,801.50<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2198 |
| **NATIONAL CREDIT ADJUSTERS**<br>POB 3023<br>HUTCHINSON, KS 67504 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 61499372 |
| **PINNACLE FINANCIAL GROUP++**<br>7825 WASHINGTON AVE STE 310<br>MINNEAPOLIS, MN 55439 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: RWZ924 |
| **PLAINS COMMERCE BANK***<br>POB 90340<br>SIOUX FALLS, SD 57109 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 100630N1 |
| **QUICK RECOVERY**<br>POB 7003<br>AMERICUS, GA 31709 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7110203140 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 237.50<br>COMMENT: RJM/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7112 |
| **STRATEGIC RECOVERY GROUP++**<br>C/O VANTIUM CAPITAL INC<br>7668 WARREN PKWY STE 325<br>FRISCO, TX 75034 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 10147841008 |

CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **AMERICAN INFOSOURCE LP AGENT FOR T MOE**<br>PO BOX 248848<br><br>OKLAHOMA CITY, OK 73124-8848 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 453.88<br>COMMENT: NT/SCH*INSUFF DOC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8665 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 881.45<br>COMMENT: NT/SCH*FIRST BANK OF DELAWARE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9658 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA 17128 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 5-2<br>CLAIM: 125.00<br>COMMENT: NO GEN UNS/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2198 |
| **PALISADES ACQUISITION/PALISADES CLLCTNS**<br>C/O VATIV RCVRY SOLUTIONS LLC*/PALISADES<br>POB 40728<br><br>HOUSTON, TX 77240 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 950.68<br>COMMENT: NT/SCH*ATT WIRELESS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9165 |
| **EQUITABLE GAS CO(*)**<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA 15212 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FII**<br>PO BOX 183853<br><br>ARLINGTON, TX 76096 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 7,304.80<br>COMMENT: UNS BAL AFTER OE*NO GEN UNS/SCH*W/1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4531 |
| **JEFF AND SHEILA HAROSKY**<br>C/O GEORGE A MILLER ESQ<br>1030 FIFTH AVE STE 102<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /AMD F | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2013 3043 |
| **POINT PARK UNIVERSITY**<br>201 WOOD ST<br><br>PITTSBURGH, PA 15222 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /AMD F | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2198 |
| **UNIVERSITY OF PITTSBURGH**<br>STUDENT LOANS & SPECIAL ACCTS.<br>127 THACKERAY HALL<br>PITTSBURGH, PA 15260 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 425.00<br>COMMENT: /AMD F | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0625 |
| **CERASTES LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br><br>SEATTLE, WA 98124-3978 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 350.00<br>COMMENT: NT/SCH*MANHATTAN PROCESSING | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9188 |

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **M & T MORTGAGE CORP*/M&T BANK**<br>ATTN: PAYMENT PROCESSING DEPT<br>POB 1288*<br><br>BUFFALO, NY 14240-1288 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:18<br><br>CLAIM: 0.00<br>COMMENT: LMP TERM/OE*844/LMP NTC~BGN 12/13*W 2 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: ...2024 |
| **CERASTES LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br><br>SEATTLE, WA 98124-3978 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM: 280.00<br>COMMENT: NT/SCH*SPOTONLOANS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4727 |
| **ATLAS ACQUISITIONS LLC - AS ASSIGNEE(++)**<br>294 UNION ST<br><br><br>HACKENSACK, NJ 07601 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:15<br><br>CLAIM: 930.00<br>COMMENT: NT/SCH*MANHATTAN PROCESSING | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3228 |
| **M & T MORTGAGE CORP*/M&T BANK**<br>ATTN: PAYMENT PROCESSING DEPT<br>POB 1288*<br><br>BUFFALO, NY 14240-1288 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:18<br><br>CLAIM: 34,544.22<br>COMMENT: $CL-PL*M&T BANK*LMP TERM/OE | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2024 |
| **M & T MORTGAGE CORP*/M&T BANK**<br>ATTN: PAYMENT PROCESSING DEPT<br>POB 1288*<br><br>BUFFALO, NY 14240-1288 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:18<br><br>CLAIM: 0.00<br>COMMENT: NT PROV/PL*1167/CL*NTC-POSTPET FEES/EXP*REF CL*W/2,34 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 2024 |
| **SANTANDER CONSUMER USA D/B/A CHRYSLER**<br>PO BOX 961278<br><br><br>FT WORTH, TX 76161 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:19<br><br>CLAIM: 0.00<br>COMMENT: 394.05/PL@CHRYSLER CAP*393.93x(30+2)=LMT*BGN 5/16*FLD AFT BAR? | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4284 |