**Form 222**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Randy L. Schollaert
Ronda L. Schollaert**
  Debtor(s)

Bankruptcy Case No.: 13–24909–GLT
Related to Docket No. 183
Chapter: 13
Docket No.: 184 – 183
Concil. Conf.: December 13, 2018 at 11:00 AM

## ORDER

  **IT IS HEREBY ORDERED** that, the Debtor(s) shall immediately serve a copy of this *Order,* the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan Dated 10/30/2018* on the Chapter 13 Trustee and all parties on the mailing matrix and complete and file the accompanying *Certificate of Service* with the Clerk.

  On or before **November 30, 2018,** all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Untimely *objections* will not be considered.

  On **December 13, 2018** at **11:00 AM,** a Conciliation Conference on the Debtor(s)' *Amended Plan* shall occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

  If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: October 31, 2018

cm: Debtor(s) and/or Debtor(s)' counsel

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Randy L. Schollaert  
Ronda L. Schollaert  
     Debtors

Case No. 13-24909-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dbas     Page 1 of 1     Date Rcvd: Oct 31, 2018  
                        Form ID: 222     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2018.  
db/jdb        +Randy L. Schollaert,  Ronda L. Schollaert,  1490 Route 481,  Charleroi, PA 15022-3412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                                                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2018 at the address(es) listed below:

         Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com  
         Brian C. Thompson    on behalf of Plaintiff Randy L. Schollaert bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
         Brian C. Thompson    on behalf of Joint Debtor Ronda L. Schollaert bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
         Brian C. Thompson    on behalf of Plaintiff Ronda L. Schollaert bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
         Brian C. Thompson    on behalf of Debtor Randy L. Schollaert bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
         James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
         Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                                     TOTAL: 10