IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Randy L. Schollaert, and<br>Ronda L. Schollaert,<br><br>     Debtors. | : <br> : <br> : <br> : <br> : | Bankruptcy Case No.: 13-24909-GLT<br><br>Chapter 13 |
| Randy L. Schollaert, and<br>Ronda L. Schollaert,<br><br>     Movants,<br><br>v.<br><br>No Respondents,<br><br>     Respondents. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Document No.:<br><br>Related to Document No.: |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are **not** required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On March 1, 2019 at docket numbers 204 and 205 Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Debtors*:* Debtors carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: March 14, 2019          /s/Randy L. Schollaert, Debtor
                               Randy L. Schollaert, Debtor
Dated: March 14, 2019          /s/Ronda L. Schollaert, Debtor
                               Ronda L. Schollaert, Debtor

                               Respectfully submitted,

Dated: March 14, 2019          /s/Brian C. Thompson, Esquire
                               Brian C. Thompson
                               PA ID: 91197
                               Thompson Law Group, P.C.
                               125 Warrendale-Bayne Road, Suite 200
                               Warrendale, PA 15086
                               (724) 799-8404 Telephone
                               bthompson@thompsonattorney.com