**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

In re:                                                         Case No. 13-24909GLT
　　　RANDY L. SCHOLLAERT
　　　RONDA L. SCHOLLAERT
　　　　　　Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　　Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 11/21/2013.

2)  The plan was confirmed on 02/03/2014.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 07/31/2015, 06/01/2016, 07/15/2016, 12/13/2018, 01/04/2019.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5)  The case was completed on 01/02/2019.

6)  Number of months from filing to last payment: 61.

7)  Number of months case was pending: 65.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted: $34,620.00.

10) Amount of unsecured claims discharged without payment: $40,612.94.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $81,476.86 |
| Less amount refunded to debtor | $1,739.98 |

**NET RECEIPTS:**        **$79,736.88**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $13,409.34 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,322.36 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**     **$16,731.70**

Attorney fees paid and disclosed by debtor:     $1,000.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN INFOSOURCE LP AGENT | Unsecured | NA | 453.88 | 453.88 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVCS INC | Unsecured | 0.00 | 3,812.80 | 7,304.80 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVCS INC | Secured | 9,641.00 | 5,825.00 | 2,333.00 | 2,333.00 | 350.66 |
| ASSET ACCEPTANCE LLC - ASSIGNE | Unsecured | 1,025.00 | 1,025.48 | 1,025.48 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC ASSIGNEE | Unsecured | 11,541.00 | 11,541.90 | 11,541.90 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC ASSIGNEE | Unsecured | 1,159.00 | 1,159.35 | 1,159.35 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC - AS ASSI | Unsecured | NA | 930.00 | 930.00 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 350.00 | 350.00 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 280.00 | 280.00 | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT | Priority | NA | NA | NA | 0.00 | 0.00 |
| ECMC(*) | Unsecured | 8,182.00 | 8,235.66 | 8,235.66 | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK* | Unsecured | 952.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL COLLECTION++ | Unsecured | 679.58 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 254.00 | NA | NA | 0.00 | 0.00 |
| JEFF AND SHEILA HAROSKY | Unsecured | 1,120.77 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | NA | 881.45 | 881.45 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 237.50 | 237.50 | 237.50 | 0.00 | 0.00 |
| M & T MORTGAGE CORP*/M&T BAN | Secured | 55,216.00 | 84,778.88 | 47,943.94 | 47,943.94 | 0.00 |
| M & T MORTGAGE CORP*/M&T BAN | Secured | NA | NA | NA | 0.00 | 0.00 |
| M & T MORTGAGE CORP*/M&T BAN | Secured | 0.00 | 34,544.22 | 0.00 | 0.00 | 0.00 |
| M & T MORTGAGE CORP*/M&T BAN | Priority | 0.00 | 1,167.00 | 0.00 | 0.00 | 0.00 |
| MADONNA CATHOLIC SCHOOL | Unsecured | 6,782.00 | 4,801.50 | 4,801.50 | 0.00 | 0.00 |
| NATIONAL CREDIT ADJUSTERS | Unsecured | 1,616.78 | NA | NA | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Secured | 481.65 | 486.91 | 486.91 | 486.91 | 51.23 |
| PA DEPARTMENT OF REVENUE* | Unsecured | 0.00 | 125.00 | 125.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 1,500.00 | 581.18 | 581.18 | 581.18 | 0.00 |
| PALISADES ACQUISITION/PALISADE: | Unsecured | NA | 950.68 | 950.68 | 0.00 | 0.00 |
| PINNACLE FINANCIAL GROUP++ | Unsecured | 384.79 | NA | NA | 0.00 | 0.00 |
| PLAINS COMMERCE BANK* | Unsecured | 432.00 | NA | NA | 0.00 | 0.00 |
| POINT PARK UNIVERSITY | Unsecured | 1,331.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 384.00 | 384.79 | 384.79 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor<br>Name | Class | Claim<br>Scheduled | Claim<br>Asserted | Claim<br>Allowed | Principal<br>Paid | Int.<br>Paid |
|---|---|---|---|---|---|---|
| PREMIER BANKCARD/CHARTER | Unsecured | 405.00 | 405.87 | 405.87 | 0.00 | 0.00 |
| QUICK RECOVERY | Unsecured | 159.34 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA D/B/A | Priority | NA | 17,145.33 | 11,258.26 | 11,258.26 | 0.00 |
| SANTANDER CONSUMER USA D/B/A | Unsecured | NA | 1,066.98 | 1,066.98 | 0.00 | 0.00 |
| STRATEGIC RECOVERY GROUP++ | Unsecured | 7,916.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PITTSBURGH | Unsecured | 500.00 | 425.00 | 425.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim<br>Allowed | Principal<br>Paid | Interest<br>Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $47,943.94 | $47,943.94 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,333.00 | $2,333.00 | $350.66 |
| All Other Secured | $486.91 | $486.91 | $51.23 |
| **TOTAL SECURED:** | **$50,763.85** | **$50,763.85** | **$401.89** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $11,839.44 | $11,839.44 | $0.00 |
| **TOTAL PRIORITY:** | **$11,839.44** | **$11,839.44** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$40,559.84** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $16,731.70 |
| Disbursements to Creditors | $63,005.18 |
| **TOTAL DISBURSEMENTS :** | **$79,736.88** |

**UST Form 101-13-FR-S (9/1/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/19/2019                         By: /s/ Ronda J. Winnecour
                                                      Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**