IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/17/19 12:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   RANDY L. SCHOLLAERT
   RONDA L. SCHOLLAERT
      Debtor(s)

Ronda J. Winnecour
      Movant
   vs.
No Repondents.

Case No.:13-24909

Chapter 13

Related to Dkt. No. 198

ORDER OF COURT

  AND NOW, this 17th Day of April, 2019, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

**ENTERED BY DEFAULT**

U.S. BANKRUPTCY JUDGE  jah

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                           Case No. 13-24909-GLT
Randy L. Schollaert                                              Chapter 13
Ronda L. Schollaert
       Debtors                  CERTIFICATE OF NOTICE
District/off: 0315-2          User: dkam                  Page 1 of 2                  Date Rcvd: Apr 17, 2019
                              Form ID: pdf900             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2019.
db/jdb         +Randy L. Schollaert,    Ronda L. Schollaert,    1490 Route 481,    Charleroi, PA 15022-3412
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13768422      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: Americredit Financial Services, Inc.,    PO Box 183853,
                 Arlington TX 76096)
13773355       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13754364       +Americredit,   PO Box 181145,    Arlington, TX 76096-1145
14722929       +Chrysler Capital,    P.O. Box 961275,    Fort Worth, TX 76161-0275
13779983       +Donegal Insurance Group,    1195 River Road,    PO Box 302,    Marietta, PA 17547-0302,
                 Attn: Tamara Richardson
13789757       +ECMC,   PO BOX 16408,    St. Paul, MN 55116-0408
13754365     ++++EDUCATION CREDIT MANAGEMENT,    1 HIGHPOINT DR,    SAINT PAUL MN 55128-7575
                (address filed with court: Education Credit Management,    1 Imation Place,
                 Saint Paul, MN 55128)
13754367       +First Premiere Bank,    601 S Minnesota Avenue,    Sioux Falls, SD 57104-4824
13754368       +GM Financial,    PO Box 183834,    Arlington, TX 76096-3834
13852055       +M&T BANK,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13806557       +Madonna Catholic Regional School,    731 Chess Street,    Monogahela, PA 15063-2761
13754372       +National Credit Adjusters,    PO Box 3023,    327 W 4th St.,    Hutchinson, KS 67501-4842
13754374       +PNC Bank National Association,    1600 Market Street,    Philadelphia, PA 19103-7240
13754373       +Pinnacle Financial Group,    7825 Washington Ave. S.,    Ste. 310,    Minneapolis, MN 55439-2424
13779985       +Point Park College,    201 Wood Street,    Pittsburgh, PA 15222-1984
13754375       +Quck Recovery, Inc.,    P.O. Box 7003,    Americus, GA 31709-7003
13754376        RJM Acquisitions LLC,    PO Box 18006,    Hauppauge, NY 11788
13754377       +Strategic Recovery Group,    7668 Warren PKWY,    Suite 325,    Frisco, TX 75034-4161
13779984       +University of Pittsburgh,    127 Thackeray Hall,    Pittsburgh, PA 15213-2519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13760091        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 18 2019 02:47:44
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK   73124-8848
13761462       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 18 2019 02:45:52     Asset Acceptance LLC,
                 Po Box 2036,    Warren MI 48090-2036
13823955       +E-mail/Text: bnc@atlasacq.com Apr 18 2019 02:45:12     Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
13782947       +E-mail/Text: bncmail@w-legal.com Apr 18 2019 02:46:05      CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13754366       +E-mail/Text: bankruptcy@fncbinc.com Apr 18 2019 02:44:58
                 First National Collection Bureau, Inc.,    PO Box 51660,    Sparks, NV 89435-1660
13764597        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 18 2019 02:46:09     Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-
13779982       +E-mail/Text: gamillerlaw@msn.com Apr 18 2019 02:45:35     Jeff and Sheila Harosky,
                 c/o George A. Miller, Esquire,    1030 Fifth Avenue,    Suite 102,    Pittsburgh, PA 15219-6219
13754369        E-mail/Text: camanagement@mtb.com Apr 18 2019 02:45:24     M&T Bank,   PO Box 62085,
                 Baltimore, MD 21264
13754370       +E-mail/Text: camanagement@mtb.com Apr 18 2019 02:45:24     M&T Mortgage,    PO Box 900,
                 Millsboro, DE 19966-0900
13754371       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 18 2019 02:45:56     Midland Funding,
                 8875 Aero Dr. Ste. 200,    San Diego, CA 92123-2255
13765793        E-mail/Text: ebn@vativrecovery.com Apr 18 2019 02:45:23     Palisades Collection, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Collection, LLC,
                 PO Box 40728,    Houston, TX  77240-0728
13764537        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 18 2019 02:45:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.   17128-0946
13840574       +E-mail/Text: csidl@sbcglobal.net Apr 18 2019 02:46:17     Premier Bankcard/Charter,
                 PO Box 2208,    Vacaville, CA 95696-8208
13754378       +E-mail/Text: bankruptcy@risecredit.com Apr 18 2019 02:46:18      Think Cash,
                 4150 International Plaza,    Suite 400,    Fort Worth, TX 76109-4819
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
cr*            +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
13764598*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
                                                                                   TOTALS: 1, * 2, ## 0
```

```
District/off: 0315-2          User: dkam             Page 2 of 2           Date Rcvd: Apr 17, 2019
                              Form ID: pdf900        Total Noticed: 35
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2019 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
          Brian C. Thompson    on behalf of Plaintiff Ronda L. Schollaert bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com
          Brian C. Thompson    on behalf of Debtor Randy L. Schollaert bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com
          Brian C. Thompson    on behalf of Plaintiff Randy L. Schollaert bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com
          Brian C. Thompson    on behalf of Joint Debtor Ronda L. Schollaert bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com
          James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor     Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 10
```